# SILVERMAN LAW PLLC

BUSINESS LAW, BANKRUPTCY AND CREDITORS' RIGHTS

Brett S. Silverman, Esq.*
D: 646.281.6008
F: 888.896.5886
brett@getconciergelaw.com

4 Terry Terrace
Livingston, New Jersey 07039

*Admitted to NY, NJ and FL Bars

August 3, 2026

**VIA ECF**
**HONORABLE STACEY L. MEISEL**

**Re: Skyline Holding 365 LLC**
**25-10372 (SLM)**

Honorable Meisel,

This office represents SSA Assets LLC (the "**Lender**"), a secured creditor of the above-referenced debtor (the "**Debtor**").

This letter is to confirm that the Objection to Case Closure filed by the Debtor as ECF No. 67, is a joint objection and the Lender joins in and supports the Objeciton.

If he Court should have any questions regarding the Objection or the foregoing, please do not hesitate to have a member of Your Honor's staff reach out to me.

Respectfully submitted,

Brett S. Silverman