ATTORNEY REVIEW DRAFT — NOT FOR FILING UNTIL REVIEWED AND SIGNED BY FILING COUNSEL

| | |
|---|---|
| In re:<br>SKYLINE HOLDING 365 LLC,<br><br>Debtor. | Case No. 25-10372<br>Chapter 11<br>Hon. Stacey L. Meisel |

# DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 213 WEST 7TH STREET, PLAINFIELD, NEW JERSEY, AND FOR RELATED RELIEF

Skyline Holding 365 LLC (the "Debtor" or "Skyline"), by and through filing counsel to be identified below, respectfully moves for entry of an order authorizing the proposed sale of the real property located at **213 West 7th Street, Plainfield, New Jersey 07060**, Block 714, Lot 2 (the "Property"), to **Rondell Lewis**, and for related relief necessary to permit the transaction to proceed toward closing. In support, Skyline relies upon the certifications of Bertha Lekunze and **Rondell Lewis**, the executed sale contract, lender communications, deposit/title materials, and insurance materials.

## PRELIMINARY STATEMENT

**1.** Skyline is the debtor in this Chapter 11 case and is the owner of the Property.

2. The proposed purchaser is **Rondell Lewis** ("Lewis"). Lewis is the son of Bertha Lekunze, Skyline's Managing Member. Skyline expressly discloses the family relationship and the related-party, non-arm's-length nature of the proposed transaction.

3. The proposed purchase price is **$517,000** under the revised written purchase contract dated **July 31, 2026.**

4. Lewis has a current **conditional mortgage pre-approval** in his name alone dated **August 12, 2026**. The lender's written materials state that the pre-approval remains subject to underwriting and other stated conditions; this Motion does not represent that final loan approval or closing is guaranteed.

5. Lewis transmitted a **$1,000** deposit to Atlantic Closing and Escrow LLC on August 11, 2026. Atlantic/Kriss Law subsequently confirmed receipt of the deposit and that the title examination had been pulled.

**6.** Lewis has obtained homeowner's insurance documentation for the Property, and title work has proceeded.

**7.** The purchaser's lender has repeatedly identified bankruptcy-related approval of the sale as an outstanding requirement in the financing process. The supporting lender emails are attached to Lewis's Certification as Exhibits E through H.

8. The proposed transaction is supported by the revised written purchase contract, the purchaser's current **conditional mortgage pre-approval**, the funded deposit, title/escrow confirmation, homeowner's insurance documentation, and lender communications concerning the bankruptcy-approval and underwriting process.

## BACKGROUND AND NEED FOR RELIEF

**9.** Prior bankruptcy filings state that, under the confirmed plan, if contemplated property sales did not close within the applicable period after confirmation, the mortgage lender could retain a broker of its choosing and proceed toward a public auction. MYC & Associates, Inc. was thereafter proposed as the lender-selected realtor/auctioneer for the Property and another Plainfield property.

ATTORNEY REVIEW DRAFT — NOT FOR FILING UNTIL REVIEWED AND SIGNED BY FILING COUNSEL

10. The transaction now before the Court is a current proposed sale supported by a revised purchase contract, current **conditional mortgage pre-approval**, funded deposit, title work, insurance documentation, and lender communications.

**11.** Skyline seeks Court approval of the proposed sale and sufficient time for the purchaser's financing and closing process to proceed. Skyline does not represent that Court approval alone will satisfy every remaining loan or closing condition.

## THE PROPOSED SALE

**12. Seller:** Skyline Holding 365 LLC.

**13. Purchaser:** Rondell Lewis, son of Skyline's Managing Member, Bertha Lekunze.

**14. Property:** 213 West 7th Street, Plainfield, New Jersey 07060, Block 714, Lot 2.

**15. Purchase Price:** $517,000 under the revised written purchase contract dated July 31, 2026.

**16. Deposit:** $1,000, supported by the August 11, 2026 transfer record and the title/escrow confirmation.

**17. Financing:** Purchaser is proceeding under a conditional mortgage pre-approval in his name alone. Final underwriting and all remaining lender conditions must still be satisfied.

**18. Proposed Closing Timing:** Ryder previously circulated a revised requested outside closing date of October 11, 2026. Filing counsel should determine whether that date is supported by a signed contract addendum or should instead be framed as requested relief rather than a binding contract term.

**19.** Liens and Sale Proceeds: Any request to transfer the Property free and clear of liens, claims, encumbrances, or interests under 11 U.S.C. § 363(f) must identify the affected interests and establish the applicable statutory basis. This attorney-review draft intentionally leaves the final lien treatment for filing counsel after review of the title, claims register, payoff information, confirmed plan, and applicable orders.

## RELIEF REQUESTED

**20.** Skyline respectfully requests authority to consummate the proposed sale pursuant to 11 U.S.C. §§ 363 and 1123, and any other provisions filing counsel determines are properly applicable based upon the confirmed plan and current record.

**21.** Skyline further requests authority for its duly authorized representative to execute and deliver documents reasonably necessary to consummate the Court-approved sale in accordance with the contract and the Court's order.

**22.** Skyline requests such further relief concerning timing, notice, and implementation of the sale as the Court deems appropriate.

WHEREFORE, Skyline Holding 365 LLC respectfully requests entry of an order authorizing the proposed sale of **213 West 7th Street, Plainfield, New Jersey 07060**, to **Rondell Lewis**, subject to the Court-approved terms and all remaining financing and closing requirements, and granting such other and further relief as the Court deems just and proper.

Dated: August 17, 2026

Respectfully submitted,

[NAME OF FILING COUNSEL]
[FIRM]
Counsel for Skyline Holding 365 LLC
[Address]
[Telephone]
[Email]