ATTORNEY REVIEW DRAFT — NOT FOR FILING UNTIL REVIEWED AND SIGNED BY FILING COUNSEL

| | |
|---|---|
| In re:<br>SKYLINE HOLDING 365 LLC,<br><br>Debtor. | Case No. 25-10372<br>Chapter 11<br>Hon. Stacey L. Meisel |

## CERTIFICATION OF BERTHA LEKUNZE, MANAGING MEMBER OF SKYLINE HOLDING 365 LLC, IN SUPPORT OF DEBTOR'S MOTION TO SELL

I, Bertha Lekunze, certify as follows:

1. I am the Managing Member of Skyline Holding 365 LLC ("Skyline" or the "Debtor") and am authorized to make this Certification on its behalf. I make this Certification based upon my personal knowledge concerning Skyline, the Property, and the proposed sale described below.

2. Skyline owns the real property located at **213 West 7th Street, Plainfield, New Jersey 07060** (the "Property").

3. Skyline entered into a revised written purchase contract dated **July 31, 2026** for the sale of the Property to **Rondell Lewis** for **$517,000**.

4. **Rondell Lewis** is my son. I disclose this relationship fully because the proposed sale is a **related-party transaction**.

5. As Skyline's Managing Member, I have reviewed the proposed transaction and support Skyline's sale of the Property to **Rondell Lewis** pursuant to the current written purchase contract.

6. **Rondell Lewis** is submitting a separate Certification concerning his financing and the steps taken toward closing, together with the supporting lender and transaction documents. I rely upon those documents for the specific details of the purchaser's financing process.

7. The documents submitted with **Rondell Lewis**'s Certification reflect that the purchaser has obtained a current **conditional mortgage pre-approval** in his name alone and has continued to satisfy transaction requirements, including the deposit, insurance, title, and lender-requested documentation.

8. The lender communications further reflect that bankruptcy-related approval of the proposed sale is required as part of the financing and closing process.

9. Based upon the current written contract and the documented progress toward closing, I respectfully request that the Court approve Skyline's proposed sale of the Property to **Rondell Lewis** and permit sufficient time for the financing and closing process to proceed.

10. I submit this Certification in support of Skyline's request for approval of the proposed sale and the related relief requested in the Motion.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 17, 2026
Plainfield, New Jersey

_______________________
Bertha Lekunze
Managing Member
Skyline Holding 365 LLC