FILED: BANKRUPTCY:NJ
2026 AUG 17 PM4:03:21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Case No.: 25-10372

Chapter: 11

Hearing Date: 8/18/26

Judge: Hon. Stacey L. Meisel

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Bertha Lekunze, on behalf of Skyline Holding 365 LLC requests that the time period to/for the hearing as required by Law be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because: My house is scheduled aution on 8/19/26

2. A hearing is requested on or before: 8/18/26

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 8/17/26

Signature

*rev.5/19/2025*